UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>REYNALDO RUIZ-CURIEL,<br><br>          Defendant. | Criminal Case No. 13CR2599-WQH<br><br>**JUDGMENT AND ORDER ON UNITED STATES' MOTION TO DISMISS THE INDICTMENT** |

Having considered the United States' Motion to Dismiss The Indictment in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), the Court hereby grants the United States leave of court to dismiss the Indictment in this case. Accordingly, the Indictment is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: August 23, 2013

**WILLIAM Q. HAYES**
United States District Judge